# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRYANT NELSON**                                                        **PLAINTIFF**
**ADC # 601638**

v.                             No. 1:12-cv-39-DPM-BD

**COREY LUTHER and**
**ARKANSAS DEPARTMENT**
**OF CORRECTION**                                                        **DEFENDANTS**

## ORDER

Bryant Nelson is an Arkansas Department of Correction inmate. The allegations in Nelson's complaint did not state a constitutional claim as written. The Court therefore ordered Nelson to file an amended complaint within thirty days. *Document No. 3*. Nelson was warned that noncompliance could result in dismissal of his claims. *Ibid*. Nelson has not complied with this Court's order; and the time to do so has passed. His complaint is therefore dismissed without prejudice. Local Rule 5.5(c).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

9 July 2012