IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRYANT NELSON                                                                PLAINTIFF
ADC # 601638

v.                              No. 1:12-cv-39-DPM

COREY LUTHER and
ARKANSAS DEPARTMENT
OF CORRECTION                                                              DEFENDANTS

## JUDGMENT

Nelson's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

9 July 2012