### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BRYANT NELSON**                                                              **PLAINTIFF**
**ADC # 601638**

v.                                     **No. 1:12-cv-39–DPM**

**COREY LUTHER and**
**ARKANSAS DEPARTMENT**
**OF CORRECTION**                                                         **DEFENDANTS**

### JUDGMENT

Nelson's complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

9 July 2012